# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand twenty-three.

_____

| | |
|---|---|
| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | **ORDER**<br>Docket Nos: 20-339 (L), 20-340 (Con), 20-341 (Con), 20-342 (Con), 20-343 (Con), 20-344 (Con) |

_____

Appellants, Gnarlywood LLC, Quincy Woodrights, LLC, Unlimited Vacations and Cruises, Inc, and USA Pets LLC, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk